UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ, | No. 2:18-cv-0193 KJN P |
| Plaintiff, | |
| v. | ORDER |
| M. CHAPPUIS, | |
| Defendant. | |

Plaintiff is a state prisoner, proceeding pro se and in forma pauperis. Plaintiff filed a request for seven subpoena forms to request supporting documents from his central file. Plaintiff is advised that he does not need a subpoena to gain access to his own central file. Rather, plaintiff must request an "Olson Review"[1] of his central file and follow prison regulations to obtain copies of documents pertinent to this action. Thus, plaintiff's request is denied as unnecessary. Also, the court has not yet issued a discovery order; no defendants have yet been served with process or filed an appearance in this action. Plaintiff's request is also denied as premature.

////

////

////

---

[1] In re Victor Roy Olson et al. on Habeas Corpus, 37 Cal.App.3d 783 (1974) (governing disclosure to prison inmates of information contained in their central files).

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for subpoena forms (ECF No. 17) is denied without prejudice.

Dated: May 3, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cruz0193.subp