UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,, | No. 2:18-cv-0193 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| M. CHAPPUIS, | |
| Defendant. | |

Plaintiff has filed a motion styled "Motion for an Extension of Sixty (60) days to Show Cause of Why Plaintiff is Unable to Pay the Filing Fees of $400.00." (ECF No. 43.) The court construes plaintiff's filing as a motion for extension of time to file and serve objections to the November 18, 2018 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 42) is granted; and

2. Plaintiff is granted sixty days from the date of this order in which to file and serve his objections.

Dated: November 30, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cruz0193.36(2)