UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. CHAPPUIS,<br><br>　　　　Defendant. | No. 2:18-cv-0193 KJM KJN P<br><br><br>ORDER |

On August 15, 2019, plaintiff filed a request for the court to review his in forma pauperis application. On August 20, 2019, plaintiff filed a motion for extension of time to file and serve objections to the November 8, 2018 findings and recommendations. However, on August 5, 2019, the district court adopted the November 8, 2018 findings and recommendations and granted defendants' motion to revoke plaintiff's in forma pauperis status. Thus, plaintiff's motions are moot. In an abundance of caution, plaintiff is granted an extension of time in which to comply with the August 5, 2019 order.

IT IS HEREBY ORDERED that:

1. Plaintiff's motions (ECF Nos. 55, 56) are denied as moot; and

////

////

////

2. Plaintiff is granted 35 days in which to pay the $400.00 filing fee as required by the August 5, 2019 order.

Dated: August 26, 2019

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cruz0193.36(3)