UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO CRUZ TRUJILLO,<br><br>Plaintiff,<br><br>v.<br><br>M. CHAPPUIS, Correctional Counselor,<br><br>Defendants. | No. 2:18-cv-0193 KJM KJN P<br><br>[Ninth Cir. Case No. 20-15101]<br><br><u>ORDER</u> |

Plaintiff is a state prisoner who sought relief pursuant to 42 U.S.C. § 1983. In accordance with the "referral notice" filed in this action on January 27, 2020, the court finds as follows. Plaintiff's in forma pauperis status was revoked on August 5, 2019. (ECF No. 54.) Subsequently, plaintiff failed to pay the court's filing fee in full. Therefore, the undersigned finds that plaintiff's appeal of the dismissal of this action is not taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated: January 28, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/truj0193app.ngf

1