UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO CRUZ TRUJILLO,<br><br>        Plaintiff,<br><br>    v.<br><br>M. CHAPPUIS, Correctional Counselor,<br><br>        Defendants. | No. 2:18-cv-0193 KJM KJN P<br><br>[Ninth Cir. Case No. 20-15101]<br><br><u>ORDER</u> |

Plaintiff is a state prisoner, proceeding pro se. On February 28, 2020, pursuant to 28 U.S.C. § 636(c)(1) the Ninth Circuit vacated and remanded the January 28, 2020 magistrate judge's order (MJ Order, ECF No. 72) revoking appellant's in forma pauperis status for his appeal. *See* ECF No. 75 (appellate remand). The record indicates the magistrate judge issued findings and recommendations on November 8, 2018, recommending revocation of plaintiff's in forma pauperis status. F&Rs, ECF No. 42. Plaintiff filed objections to the findings and recommendations. Obj., ECF No. 47. On August 5, 2019, after considering those objections, this court granted defendant's motion to revoke plaintiff's in forma pauperis status. Order, ECF No. 54. Plaintiff never paid the filing fee as then required, and ultimately this court dismissed his

/////

/////

/////

1

case for this reason. *See* ECF Nos. 60, 66.[1]  For all the foregoing reasons, the court finds plaintiff's appeal is not taken in good faith and therefore plaintiff's motion to proceed in forma pauperis on appeal is DENIED.

              IT IS SO ORDERED.

DATED: March 11, 2020.

                                              CHIEF UNITED STATES DISTRICT JUDGE

---

[1] While plaintiff submitted a new motion to proceed in forma pauperis, ECF No. 64, that motion raised no new issues and in any event was mooted by the court's dismissal of his case, ECF No. 66.